**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-20116 CR-LENARD
/GOODMAN



21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

vs.

**RAPHAEL JEAN-BAPTISTE,**
        a/k/a "Natho,"
        a/k/a "Papo,"
        a/k/a "Cash,"
**ERNES POLITESSE,**
        a/k/a "E-Rock,"
**KLOSQY ANDRE, JR.,**
        a/k/a "Kilo,"
**FRANCOIS TIMOTHY STLOUIS,**
        a/k/a "Tiger,"
**HENRY ROBERT DESIR,**
        a/k/a "Yung Taz,"
**FRANCIS CHERFILS,**
        a/k/a "Zoe,"
**JOSIAS DUVAL,**
        a/k/a "Red,"
**STEVE BLAISE,**
        a/k/a "Blaze,"
**JAMES FLEURIMOND,**
        a/k/a "T-Zoe,"
**RONEL BLAISE,**
**WILLY JOSEPH,**
        a/k/a "T-Willy,"
**JERRY LUBIN,**
        a/k/a "J-Lo,"
**CLIFFORD LOUIS ANDRE,**
        a/k/a "C-Lo," and
**QUANTRAILLE LATRON CASON,**

a/k/a "Latonia Latron Smith,"

Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
**(Conspiracy to Possess with Intent to Distribute Narcotics)**
**21 U.S.C. § 846**

Beginning at least as early as July 2016, through in or around February 2017, in Miami-

Dade County, in the Southern District of Florida, the defendants,

**RAPHAEL JEAN-BAPTISTE,**
**a/k/a "Natho," a/k/a "Papo," a/k/a "Cash,"**
**ERNES POLITESSE,**
**a/k/a "E-Rock,"**
**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo,"**
**HENRY ROBERT DESIR,**
**a/k/a "Yung Taz,"**
**FRANCIS CHERFILS,**
**a/k/a "Zoe,"**
**STEVE BLAISE,**
**a/k/a "Blaze,"**
**JAMES FLEURIMOND,**
**a/k/a "T-Zoe,"**
**JERRY LUBIN,**
**a/k/a "J-Lo," and**
**CLIFFORD LOUIS ANDRE,**
**a/k/a "C-Lo,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

of Title 21, United States Code, Section 846.

With respect to defendants **RAPHAEL JEAN-BAPTISTE, ERNES POLITESSE,**

2

**KLOSQY ANDRE, JR.**, **HENRY ROBERT DESIR**, **STEVE BLAISE**, **JAMES FLEURIMOND**, **JERRY LUBIN**, and **CLIFFORD LOUIS ANDRE**, it is further alleged that a controlled substance involved in the conspiracy attributable to each of these defendants as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendants **RAPHAEL JEAN-BAPTISTE**, **ERNES POLITESSE**, **KLOSQY ANDRE, JR.**, **HENRY ROBERT DESIR**, **FRANCIS CHERFILS**, **STEVE BLAISE**, **JAMES FLEURIMOND**, and **JERRY LUBIN**, it is further alleged that a controlled substance involved in the conspiracy attributable to each of these defendants as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendants **RAPHAEL JEAN-BAPTISTE, KLOSQY ANDRE, JR.**, and **HENRY ROBERT DESIR**, it is further alleged that a controlled substance involved in the conspiracy attributable to each of these defendants as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### (Conspiracy to Commit Access Device Fraud)
### 18 U.S.C. § 1029(b)(2)

Beginning at least as early as August 10, 2016, through on or about November 9, 2016, in

Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ERNES POLITESSE,**
a/k/a "E-Rock,"
**STEVE BLAISE,**
a/k/a "Blaze,"
**WILLY JOSEPH,**
a/k/a "T-Willy," and
**QUANTRAILLE LATRON CASON,**
a/k/a "Latonia Latron Smith,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a), namely:

(a) to knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3); and

(b) to knowingly, and with intent to defraud, use one or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that time period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about September 22, 2016, **ERNES POLITESSE** and **WILLY JOSEPH**

4

discussed how to add an authorized user to a victim's credit card account so that they could update the telephone number on the account and receive any fraud alerts themselves.

2.      On or about September 28, 2016, in Miami-Dade County, **STEVE BLAISE** maintained in his possession personal identifying information, including the names, dates of birth, and social security numbers of more than 20 individuals.

3.       On or about September 28, 2016, **QUANTRAILLE LATRON CASON** stated that at a time prior to then, she provided to **STEVE BLAISE** personal identifying information, including the names, dates of birth, and social security numbers of more than 20 individuals.

4.      On or about November 9, 2016, in Broward County, **ERNES POLITESSE** maintained in his possession personal identifying information, including the names, dates of birth, social security numbers, and account numbers of more than 500 individuals, including credit cards, and Florida Driver Licenses.

5.      On or about November 9, 2016, in Miami-Dade County, **STEVE BLAISE** maintained in his possession personal identifying information, including the names, dates of birth, and social security numbers of more than 500 individuals.

6.      On or about November 9, 2016, in Miami-Dade County, **WILLY JOSEPH** maintained in his possession personal identifying information, including the names, dates of birth, and social security numbers of more than 500 individuals.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 3
**(Possession with Intent to Distribute Narcotics)**
**21 U.S.C. § 841**

On or about July 20, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ERNES POLITESSE,**
**a/k/a "E-Rock," and**
**STEVE BLAISE,**
**a/k/a "Blaze,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

## COUNT 4
**(Possession with Intent to Distribute Narcotics)**
**21 U.S.C. § 841**

On or about August 10, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ERNES POLITESSE,**
**a/k/a "E-Rock," and**
**STEVE BLAISE,**
**a/k/a "Blaze,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also

known as "crack cocaine," a Schedule II controlled substance.

## COUNT 5
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about August 23, 2016, in Miami-Dade County, in the Southern District of Florida,

the defendants,

**ERNES POLITESSE,**
**a/k/a "E-Rock," and**
**STEVE BLAISE,**
**a/k/a "Blaze,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base, also

known as "crack cocaine," a Schedule II controlled substance.

## COUNT 6
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about September 8, 2016, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**KLOSQY ANDRE, JR.,**
**a/k/a "KILO,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

### COUNT 7
**(Possession with Intent to Distribute Narcotics)**
**21 U.S.C. § 841**

On or about September 12, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KLOSQY ANDRE, JR.,**
**a/k/a " KILO,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

### COUNT 8
**(Possession with Intent to Distribute Narcotics)**
**21 U.S.C. § 841**

On or about September 19, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ERNES POLITESSE,**
**a/k/a "E-Rock," and**
**FRANCIS CHERFILS,**
**a/k/a "Zoe,"**

8

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 9
### (Possession of a Firearm by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about September 27, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 10
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about September 28, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ERNES POLITESSE,**
**a/k/a "E-Rock,"**
**STEVE BLAISE,**
**a/k/a "Blaze," and**
**JAMES FLEURIMOND,**
**a/k/a "T-Zoe,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 11
### (Access Device Fraud)
### 18 U.S.C. § 1029(a)(3)

On or about September 28, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVE BLAISE,**
**a/k/a "Blaze,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 12
### (Aggravated Identity Theft)
### 18 U.S.C. § 1028A(a)(1)

On or about September 28, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVE BLAISE,**
**a/k/a "Blaze,"**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 11 of this Indictment, did knowingly transfer, possess, and

use, without lawful authority, the means of identification of another person, that is, the name and social security number of "J.C.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 13
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about October 21, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JAMES FLEURIMOND,**
**a/k/a "T-Zoe," and**
**JERRY LUBIN,**
**a/k/a "J-Lo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 14
### (Access Device Fraud)
### 18 U.S.C. § 1029(a)(3)

On or about October 21, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JAMES FLEURIMOND,**
**a/k/a "T-Zoe,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and

foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 15
### (Aggravated Identity Theft)
### 18 U.S.C. § 1028A(a)(1)

On or about October 21, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JAMES FLEURIMOND,
### a/k/a "T-Zoe,"

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 14 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and social security number of "P.D.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 16
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about October 28, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

### KLOSQY ANDRE, JR.,
### a/k/a "Kilo," and
### HENRY ROBERT DESIR,
### a/k/a "Yung Taz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

## COUNT 17
### (Possession of a Firearm by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about October 28, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo," and**
**FRANCOIS TIMOTHY STLOUIS,**
**a/k/a "Tiger,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 18
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)
### 18 U.S.C. § 924(c)(1)(A)(i)

On or about October 28, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo,"**

did knowingly carry a firearm during and in relation to a drug trafficking crime, and did knowingly possess said firearm in furtherance of a drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as charged in Count 16 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

13

## COUNT 19
### (Possession of a Firearm by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about November 2, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

### FRANCOIS TIMOTHY STLOUIS,
### a/k/a "Tiger,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 20
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about November 4, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

### RAPHAEL JEAN-BAPTISTE,
### a/k/a "Natho,"
### a/k/a "Papo,"
### a/k/a "Cash,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**COUNT 21**
**(Possession of a Firearm by a Convicted Felon)**
**18 U.S.C. § 922(g)(1)**

On or about November 4, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAPHAEL JEAN-BAPTISTE,**
**a/k/a "Natho,"**
**a/k/a "Papo,"**
**a/k/a "Cash,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearms are:

a.   One (1) Glock, model 23, .40 caliber pistol; and

b.   One (1) Derringer .38 caliber pistol.

**COUNT 22**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**
**18 U.S.C. § 924(c)(1)(A)(i)**

On or about November 4, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAPHAEL JEAN-BAPTISTE,**
**a/k/a "Natho,"**
**a/k/a "Papo,"**
**a/k/a "Cash,"**

did knowingly carry a firearm during and in relation to a drug trafficking crime, and did knowingly possess said firearm in furtherance of a drug trafficking crime, an offense for which the defendant

15

may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as charged in Count 20 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### COUNT 23
#### (Possession of a Firearm by a Convicted Felon)
#### 18 U.S.C. § 922(g)(1)

On or about November 8, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo," and**
**JOSIAS DUVAL,**
**a/k/a "Red,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 24
#### (Access Device Fraud)
#### 18 U.S.C. § 1029(a)(3)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVE BLAISE,**
**a/k/a "Blaze,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNT 25
### (Aggravated Identity Theft)
### 18 U.S.C. § 1028A(a)(1)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### STEVE BLAISE,
### a/k/a "Blaze,"

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 24 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and social security number of "A.L.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### COUNT 26
### (Access Device Fraud)
### 18 U.S.C. § 1029(a)(3)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### RONEL BLAISE,

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNT 27
### (Access Device Fraud)
### 18 U.S.C. § 1029(a)(3)

On or about November 9, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### ERNES POLITESSE,
### a/k/a "E-Rock,"

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNT 28
### (Aggravated Identity Theft)
### 18 U.S.C. § 1028A(a)(1)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### ERNES POLITESSE,
### a/k/a "E-Rock,"

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 27 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and social security number of "L.R.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

18

## COUNT 29
### (Possession of Ammunition by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ERNES POLITESSE,**
**a/k/a "E-Rock,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 30
### (Access Device Fraud)
### 18 U.S.C. § 1029(a)(3)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLY JOSEPH,**
**a/k/a "T-Willy,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 31
### (Aggravated Identity Theft)
### 18 U.S.C. § 1028A(a)(1)

On or about November 9, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLY JOSEPH,**
**a/k/a "T-Willy,"**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 30 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and social security number of "V.C.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### COUNT 32
**(Possession with Intent to Distribute Narcotics)**
**21 U.S.C. § 841**

On or about November 14, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo," and**
**HENRY ROBERT DESIR,**
**a/k/a "Yung Taz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

### COUNT 33
**(Possession of a Firearm by a Convicted Felon)**
**18 U.S.C. § 922(g)(1)**

On or about November 14, 2016, in Miami-Dade County, in the Southern District of

Florida, the defendants,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo," and**
**JOSIAS DUVAL,**
**a/k/a "Red,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in

violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 34
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**
**18 U.S.C. § 924(c)(1)(A)(i)**

On or about November 14, 2016, in Miami-Dade County, in the Southern District of

Florida, the defendant,

**KLOSQY ANDRE, JR.,**
**a/k/a "Kilo,"**

did knowingly carry a firearm during and in relation to a drug trafficking crime, and did knowingly

possess said firearm in furtherance of a drug trafficking crime, an offense for which the defendant

may be prosecuted in a court of the United States, that is, a violation of Title 21, United States

Code, Section 846, as charged in Count 32 of this Indictment, in violation of Title 18, United States

Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 35
**(Possession with Intent to Distribute Narcotics)**
**21 U.S.C. § 841**

On or about November 20, 2016, in Miami-Dade County, in the Southern District of

Florida, the defendant,

**HENRY ROBERT DESIR,**
**a/k/a "Yung Taz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

### COUNT 36
**(Possession of Ammunition by a Convicted Felon)**
**18 U.S.C. § 922(g)(1)**

On or about November 20, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**HENRY ROBERT DESIR,**
**a/k/a "Yung Taz,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 37
**(Access Device Fraud)**
**18 U.S.C. § 1029(a)(3)**

On or about November 20, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**HENRY ROBERT DESIR,**
**a/k/a "Yung Taz,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 38
**(Aggravated Identity Theft)**
**18 U.S.C. § 1028A(a)(1)**

On or about November 20, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**HENRY ROBERT DESIR,**
**a/k/a "Yung Taz,"**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, names, dates of birth, and social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 37 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and social security number of "S.W.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 39
**(Possession of a Firearm by a Convicted Felon)**
**18 U.S.C. § 922(g)(1)**

On or about November 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**FRANCOIS TIMOTHY STLOUIS,**
**a/k/a "Tiger," and**

**JOSIAS DUVAL,**
**a/k/a "Red,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearm is:

a.   One (1) Glock 19 pistol.

### COUNT 40
### (Possession with Intent to Distribute Narcotics)
### 21 U.S.C. § 841

On or about November 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CLIFFORD ANDRE,**
**a/k/a "C-Lo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

### COUNT 41
### (Possession of a Firearm and Ammunition by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about November 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CLIFFORD ANDRE,**
**a/k/a "C-Lo,"**

24

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearms and ammunition are:

a.   One (1) Glock 27, .40 caliber pistol;

b.   One (1) Diamondback AR-15, .223 caliber firearm;

c.   One (1) round of 9mm ammunition;

d.   Sixty (60) rounds of .40 caliber ammunition; and

e.   Forty-Five (45) rounds of .223 caliber ammunition.

## COUNT 42
### (Access Device Fraud)
### 18 U.S.C. § 1029(a)(1)

On or about November 23, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CLIFFORD ANDRE,**
**a/k/a "C-Lo,"**

did knowingly, and with intent to defraud, produce, use, and traffic in one or more counterfeit access devices, that is, counterfeit state of Florida driver licenses in the names of other individuals, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(1) and 2.

## COUNT 43
### (Possession of a Firearm and Ammunition by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about November 25, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**KLOSQY ANDRE, JR.,**

25

**a/k/a "Kilo," and**
**FRANCOIS TIMOTHY STLOUIS,**
**a/k/a "Tiger,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Section 922(g)(1).


## CRIMINAL FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 43 of this Indictment are re-alleged and by this

reference fully incorporated herein for the purpose of alleging forfeiture to the United States of

America of certain property in which the defendants have an interest.

2.      Upon conviction of any of the violations alleged in Counts 1, 3–8, 10, 13, 16, 32,

35, or 40 of this Indictment, the defendant so convicted shall forfeit to the United States all of his

right, title and interest in any property constituting, or derived from, any proceeds obtained,

directly or indirectly, as the result of such violation, and in any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant

to Title 21, United States Code, Section 853(a).

3.      Upon conviction of any of the violations alleged in Counts 9, 17, 18, 19, 23, 33, 34,

36, 39, or 43 of this Indictment, the defendant so convicted shall forfeit to the United States all of

his right, title and interest in any firearm and/or ammunition involved in or used in the commission

of such violation, pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable

by Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United

States Code, Section 853.

4.      The property which is subject to forfeiture includes, but is not limited to:

    a.   One (1) Springfield XD45, .45 caliber pistol;

    b.   One (1) Ruger SR9 9 millimeter caliber pistol;

    c.   Two (2) Diamondback, AR-15 firearms;

    d.   One (1) Glock, model 23, .40 caliber pistol;

    e.   One (1) Derringer .38 caliber pistol;

    f.   One (1) Smith and Wesson, Model SW-40-VE, .40 caliber semi-automatic pistol;

    g.   One (1) Diamondback, Model DB380, .380 ACP semi-automatic pistol;

    h.   One (1) Springfield XD9 pistol;

    i.   One (1) Glock 19 pistol;

    a.   One (1) Browning 12 gauge shotgun;

    b.   One (1) Glock 27 pistol;

    c.   One (1) Ruger P95 pistol;

    d.   Sixty-seven (67) 9 millimeter caliber rounds of ammunition;

    e.   Sixty-two (62) .40 caliber rounds of ammunition;

    f.   Thirty-four (34) .45 caliber rounds of ammunition;

    g.   Seven (7) .50 caliber rounds of ammunition;

    h.   Forty-two (42) 7.62x39 caliber rounds of ammunition;

    i.   Forty-five (45) .223 caliber rounds of ammunition;

    j.   Three (3) shotgun rounds of ammunition; and

    k.   $8,368 in United States Currency.

5.    Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in Counts 2, 11, 14, 24, 26, 27, 30, 37, or 42 of this Indictment, the defendant so convicted shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds

obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 21, United States Code, Section 853(a), and Title 18, United States Code, Sections 924(d) and 982(a)(2).

A TRUE BILL

_____
FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JAMIE R. GARMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RAPHAEL JEAN-BAPTISTE, et al.,

Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)  Yes _____  No _____
Number of New Defendants  _____
Total number of counts  _____

| | |
|---|---|
| X   Miami | _____ Key West |
| _____ FTL | _____ WPB   _____ FTP |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect   _____

4. This case will take    21    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | |
| III | 11 to 20 days | _____ | Misdem. | |
| IV | 21 to 60 days | X | Felony | X |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court?  (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes   X  No

_____
JAMIE R. GARMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501785

*Penalty Sheet(s) attached

REV 10/2013

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: RAPHAEL JEAN-BAPTISTE, a/k/a "Natho," "Papo," "Cash"

**Case No:**

Count #: 1

Conspiracy to possess with the intent to distribute crack cocaine, cocaine and heroin

Title 21, United States Code, Section 846

**\* Max.Penalty**: Thirty years' imprisonment

Count #: 20

Possession with the intent to distribute heroin and marijuana

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**: Thirty years' imprisonment

Count #: 21

Felon in possession of firearm

Title 18, United States Code, Section 922(g)(1)

**\* Max.Penalty**: Ten years' imprisonment

Count #: 22

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)

**\* Max.Penalty**: Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>ERNES POLITESSE, a/k/a "E-Rock"</u>

**Case No**: _____

Count #: 1

   <u>Conspiracy to possess with the intent to distribute crack cocaine and cocaine</u>

   <u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty:**   Thirty years' imprisonment

Count #: 2

   <u>Conspiracy to commit access device fraud</u>

   <u>Title 18, United States Code, Section 1029(b)(2)</u>

**\*Max. Penalty:**   Five years' imprisonment


Count #: 3

   <u>Possession with the intent to distribute crack cocaine and cocaine</u>

   <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty:**   Thirty years' imprisonment

Counts #: 4 and 5

   <u>Possession with the intent to distribute crack cocaine</u>

   <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty:**   Thirty years' imprisonment

**Defendant's Name**: ERNES POLITESSE, a/k/a "E-Rock" _____

**Case No**: _____

Counts #: 8 & 10

____Possession with the intent to distribute cocaine_____

____Title 21, United States Code, Section 841(a)(1)_____

**\*Max. Penalty:**   Thirty years' imprisonment

Count #: 27

____Access device fraud_____

____Title 18, United States Code, Section 1029(a)(3)_____

**\*Max. Penalty:**   Ten years' imprisonment

Count #: 28

____Aggravated identity theft_____

____Title 18, United States Code, Section 1028A(a)(1)_____

**\* Max. Penalty:**   Two years' imprisonment (consecutive to any other sentence)

Count #: 29

____Felon in possession of ammunition_____

____Title 18, United States Code, Section 922(g)(1)_____

**\* Max. Penalty:**   Ten years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>KLOSQY ANDRE, JR., a/k/a "Kilo"</u>

**Case No**: _____

Count #: 1

   <u>Conspiracy to possess with the intent to distribute crack cocaine, cocaine and heroin</u>

   <u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty**:   Thirty years' imprisonment

Count #: 6

  <u>Possession with the intent to distribute crack cocaine</u>

  <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty**:   Thirty years' imprisonment

Count #: 7

  <u>Possession with the intent to distribute cocaine and heroin</u>

  <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty**:   Thirty years' imprisonment

Counts #: 16 & 32

  <u>Possession with the intent to distribute heroin</u>

  <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty**:   Thirty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Defendant's Name**: KLOSQY ANDRE, JR., a/k/a "Kilo" _____

**Case No**: _____

Counts #: 9, 17, 23, 33 & 43

   Felon in possession of firearm and ammunition _____

   Title 18, United States Code, Section 922(g)(1) _____

**\* Max. Penalty**:  Ten years' imprisonment

Counts #: 18 & 34

   Possession of a firearm during and in relation to and in furtherance of a drug trafficking crime _____

   Title 18, United States Code, Section 924(c)(1)(A) _____

**\* Max. Penalty**:  Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**<u>PENALTY SHEET</u>**

**Defendant's Name:** <u>FRANCOIS TIMOTHY STLOUIS, a/k/a "Tiger"</u>

**Case No:** <u> </u>

Counts#: 17, 19 & 39

<u>Felon in possession of firearm</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max.Penalty:**   Ten years' imprisonment

Count #: 43

<u>Felon in possession of firearm and ammunition</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max.Penalty:**   Ten years' imprisonment

Count #:

<u> </u>

<u> </u>

**\* Max.Penalty:**

Count #:

<u> </u>

<u> </u>

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HENRY ROBERT DESIR, a/k/a "Yung Taz"

**Case No**: _____

Count #: 1

Conspiracy to possess with the intent to distribute crack cocaine, cocaine and heroin

Title 21, United States Code, Section 846

**\* Max. Penalty**:   Thirty years' imprisonment

Counts #: 16 & 32

Possession with the intent to distribute heroin

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty**:   Thirty years' imprisonment

Count #: 35

Possession with the intent to distribute heroin and marijuana

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty**:   Thirty years' imprisonment

Count #: 36

Felon in possession of a firearm

Title 18, United States Code, Section 922(g)(1)

**\* Max. Penalty**:   Ten years' imprisonment

**Defendant's Name**: <u>HENRY ROBERT DESIR, a/k/a "Yung Taz"</u>

**Case No**: _____

Count #: 37

  <u>Access device fraud</u>

  <u>Title 18, United States Code, Section 1029(a)(3)</u>

**\*Max. Penalty**:  Ten years' imprisonment

Count #: 38

  <u>Aggravated identity theft</u>

  <u>Title 18, United States Code, Section 1028A(a)(1)</u>

**\* Max. Penalty**:  Two years' imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  FRANCIS CHERFILS, a/k/a "Zoe"

**Case No:**

Count  #: 1

 Conspiracy to possess with the intent to distribute cocaine

 Title 21, United States Code, Section 846

**\* Max.Penalty**:  Thirty years' imprisonment

Count  #: 8

 Possession with the intent to distribute cocaine

 Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:  Thirty years' imprisonment

Count  #:

**\* Max.Penalty**:

Count  #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSIAS DUVAL, a/k/a "Red"

**Case No:** _____

Counts #: 23, 33 & 39

Felon in possession of firearm

Title 18, United States Code, Section 922(g)(1)

**\* Max.Penalty:** Ten years' imprisonment

Count #:

_____

_____

**\* Max.Penalty:**

Count #:

_____

_____

**\* Max.Penalty:**

Count #:

_____

_____

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>STEVE BLAISE, a/k/a "Blaze"</u>

**Case No**: _____

Count #: 1

   Conspiracy to possess with the intent to distribute crack cocaine and cocaine

   Title 21, United States Code, Section 846

**\* Max. Penalty**:  Thirty years' imprisonment

Count #: 2

   Conspiracy to commit access device fraud

   Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**:  Five years' imprisonment

Count #: 3

   Possession with the intent to distribute crack cocaine and cocaine

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty**:  Thirty years' imprisonment

Counts #: 4 & 5

   Possession with the intent to distribute crack cocaine

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty**:  Thirty years' imprisonment

**Defendant's Name:** <u>STEVE BLAISE, a/k/a "Blaze"</u>

**Case No:** _____

Count #: 10

  <u>Possession with the intent to distribute cocaine</u>

  <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty:**   Thirty years' imprisonment

Counts #: 11 & 24

  <u>Access device fraud</u>

  <u>Title 18, United States Code, Section 1029(a)(3)</u>

**\*Max. Penalty:**   Ten years' imprisonment

Counts #: 12 & 25

  <u>Aggravated identity theft</u>

  <u>Title 18, United States Code, Section 1028A(a)(1)</u>

**\* Max. Penalty:**   Two years' imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>JAMES FLEURIMOND, a/k/a "T-Zoe"</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to possess with the intent to distribute crack cocaine and cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty**:   Twenty years' imprisonment

Counts #: 10 &13

<u>Possession with the intent to distribute cocaine</u>

<u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty**:   Twenty years' imprisonment

Count #: 14

<u>Access device fraud</u>

<u>Title 18, United States Code, Section 1029(a)(3)</u>

**\*Max. Penalty**:   Ten years' imprisonment

Count #: 15

<u>Aggravated identity theft</u>

<u>Title 18, United States Code, Section 1028A(a)(1)</u>

**\* Max. Penalty**:   Two years' imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** RONEL BLAISE

**Case No:**

Count #: 26

Access device fraud

Title 18, United States Code, Section 1029(a)(3)

**\* Max.Penalty:** Ten years' imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: WILLY JOSEPH, a/k/a "T-Willy"

**Case No:**

Count #: 2

Conspiracy to commit access device fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max.Penalty**: Five years' imprisonment

Count #: 30

Access device fraud

Title 18, United States Code, Section 1029(a)(3)

**\* Max.Penalty**: Ten years' imprisonment

Count #: 31

Aggravated identity theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max.Penalty**: Two years' imprisonment (consecutive to any other sentence)

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: JERRY LUBIN, a/k/a "J-Lo"

**Case No:**_____

Count  #: 1

Conspiracy to possess with the intent to distribute crack cocaine and cocaine

Title 21, United States Code, Section 846

**\* Max.Penalty**:  Twenty years' imprisonment

Count  #: 13

Possession with the intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:  Twenty years' imprisonment

Count  #:

**\* Max.Penalty**:

Count  #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  CLIFFORD LOUIS ANDRE, a/k/a "C-Lo"

**Case No:**

Count #: 1

Conspiracy to possess with the intent to distribute crack cocaine

Title 21, United States Code, Section 846

**\* Max.Penalty:**  Twenty years' imprisonment

Count #: 40

Possession with the intent to distribute marijuana

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**  Twenty years' imprisonment

Count #: 41

Felon in possession of firearm and ammunition

Title 18, United States Code, Section 922(g)(1)

**\* Max.Penalty:**  Ten years' imprisonment

Count #: 42

Access device fraud

Title 18, United States Code, Section 1029(a)(3)

**\* Max.Penalty:**  Ten years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: QUANTRAILLE LATRON CASON, a/k/a "Latonia Latron Smith"

**Case No:**

Count #: 2

Conspiracy to commit access device fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max.Penalty**: Five years' imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**